# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, Inc., on behalf of Affected Performers,<br><br>Petitioner,<br>v.<br><br>HICK PICTURE PRODUCTION, INC.; and HICK PICTURE COMPANY, LLC,<br><br>Respondents. | Case No.: CV 19-1474-CBM-AFM<br><br>**JUDGMENT**<br><br>JS6 |

Consistent with the Court's Order re: Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith (Dkt. No. 18), and the Court's Order re: Attorneys' Fees, judgment is entered in favor of Petitioner Screen Actors Guild-American Federation of Television and Radio Artists and against Respondents Hick Picture Production, Inc. and Hick Picture Company, LLC, in the amount of $145,516 (comprised of $88,878.17 (Residual compensation); $12,561.53 (Pension & health contributions); $23,843.70 (liquidated damages); $20,233.57 (employer-side taxes and payroll expenses));

1

$2,100 in attorneys' fees, and $400 in costs.

DATED: May 17, 2019.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE